Fill in this information to identify the case:
Debtor name: BSPV-Plano, LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS
Case number (if known): 22-40276

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JM Lawncare & Sprinkler, LLC<br>806 Jennifer Ct.<br>Highland Village, TX 75077 | | | | | | $131,569.50 |
| Oldham Lumber Company<br>8738 Forney Rd.<br>Dallas, TX 75227 | | | | | | $118,738.45 |
| Regent Construction<br>1107 E 1st St.<br>Fort Worth, TX 76102 | | | | | | $91,646.39 |
| AGES Service Company, Inc.<br>1080 S. Kimball Ave. Ste. 150<br>Southlake, TX 76092 | | | | | | $75,600.00 |
| Landstar Excavation Inc.<br>P. O. Box 293838<br>Lewisville, TX 76247 | | | | | | $74,187.47 |
| Zais Companies<br>P. O. Box 1403<br>Decatur, TX 76234 | | | | | | $50,000.00 |
| Slates Harwell LLP<br>1700 Pacific Ave. Ste. 3800<br>Dallas, TX 75201 | | | | | | $45,012.09 |
| Paradis Brothers Construction Inc.<br>450 Cherry Ln.<br>Southlake, TX 75092 | | | | | | $37,360.00 |
| Southwest Enclosure Systems, Inc.<br>1438 Crescent Dr. #104<br>Carrollton, TX 75006 | | | | | | $34,965.00 |

| Debtor | BSPV-Plano, LLC | Case number (if known) | 22-40276 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Centex Skilled Trades, LLC<br>1813 Ann and Dossy Ct.<br>Crowley, TX 76036 | | | | | | $30,759.75 |
| Trusted Mechanical Services<br>7665 Dick Price Rd.<br>Mansfield, TX 76063 | | | | | | $20,700.00 |
| Miguel Hernandez<br>1508 Indiana Ct.<br>Irving, TX 75060 | | | | | | $15,725.28 |
| Dalworth Framing Corp.<br>4817 Worth St.<br>Dallas, TX 75246 | | | | | | $13,950.00 |
| Terry's Portable Welding<br>106 E. Pioneer<br>Irving, TX 75061 | | | | | | $13,253.32 |
| American Arbitration Association<br>120 Broadway, 21st Fl.<br>New York, NY 10271 | | | | | | $6,200.00 |
| Civil Point Engineers<br>9101 LBJ Frwy., Ste. 300<br>Dallas, TX 75243 | | | | | | $4,000.00 |
| TXU Energy<br>P. O. Box 650638<br>Dallas, TX 75265-0638 | | | | | | $2,715.01 |
| Republic Services #615<br>551 Huffines Blvd.<br>Lewisville, TX 75056 | | | | | | $2,101.71 |
| Trinia Zais<br>P. O. Box 1403<br>Decatur, TX 76234 | | | | | | $1,925.00 |
| Ranger Fire, Inc.<br>1000 S. Main St.<br>Ste. 150<br>Grapevine, TX 76051 | | | | | | $1,350.00 |