IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 22-40276 |
| BSPV-Plano, LLC, § | |
| § | Chapter 11 |
| Debtor. § | |

# NOTICE OF DESIGNATION AS COMPLEX
# CHAPTER 11 BANKRUPTCY CASE

This bankruptcy case was filed on March 1, 2022. The undersigned party in interest believes that this case qualifies as a complex Chapter 11 case because the debtor has total debt of more than $10 million.

Respectfully submitted this 2nd day of March, 2022

By: */s/ Thomas Berghman*

| | |
|---|---|
| Davor Rukavina, Esq. | Jay H. Ong |
| Texas Bar No. 24030781 | Texas Bar No. 24028756 |
| Thomas D. Berghman, Esq. | Thanhan Nguyen |
| Texas Bar No. 24082683 | Texas Bar No. 24118479 |
| MUNSCH HARDT KOPF & HARR, P.C. | MUNSCH HARDT KOPF & HARR, P.C. |
| 500 N. Akard Street, Suite 3800 | 1717 W. 6th, Ste. 250 |
| Dallas, Texas  75201-6659 | Austin, Texas 78703 |
| Telephone: (214) 855-7500 | Telephone: (512)391-6100 |
| drukavina@munsch.com | jong@munsch.com |
| tberghman@munsch.com | anguyen@munsch.com |

*Proposed Counsel to the
Debtor-in-Possession*

## Certificate of Service

The undersigned hereby certifies that, on this 2nd day of March, 2022, he caused a true and correct copy of this document to be served via the Court's ECF notification system on all parties entitled to notice thereby.

By: */s/ Thomas Berghman*
Thomas D. Berghman, Esq.