**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| BSPV-PLANO, LLC,[1] | § |
| | § Case No. 22-40276 (BTR) |
| Debtor. | § |
| | § |

**NOTICE OF EMERGENCY HEARING ON CERTAIN FIRST-DAY MATTERS**

**PLEASE TAKE NOTICE** that on March 3, 2022, BSPV-Plano, LLC (the "Debtor"), the debtor-in-possession in the above styled and numbered bankruptcy case, filed the following first-day motions and related pleadings (collectively, the "First-Day Matters"):

- *Debtor's Emergency Motion for Interim and Final Authority to Use Cash Collateral* [Docket No. 9] (the "Cash Collateral Motion");

- *Debtor's Emergency Motion for Interim and Final Approval of Postpetition Financing* [Docket No. 10] (the "DIP Financing Motion");

- *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Claims of Critical Vendors and Certain Other Specified Trade Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 11] (the "Critical Vendors Motion");

- *Motion for Entry of an Order (I) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtor's Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief* [Docket No. 12] (the "Utilities Motion");

- *Debtor's Emergency Motion for Entry of an Order (I) Extending Time to File Schedules and Statements, (II) Authorizing the Debtor to Redact Certain Personal Identification Information, and (III) Granting Related Relief* [Docket No. 13] (the "Schedules and Statements Motion"); and

---

[1]     The last four (4) digits of the Debtor's federal tax identification number is (3228).  The Debtor's address for notices is: 4851 Keller Springs Road 209, Addison, Texas 75001.

- *Debtor's <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 14] (the "<u>Wages Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that the First-Day Matters are set for emergency hearing on **<u>March 7, 2022, at 2:00 p.m.</u>** (prevailing Central Time) before the Honorable Brenda T. Rhoades, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas.   The hearing will be held **<u>via video conference</u>**.   **Parties should contact crd_plano@txeb.uscourts.gov for video hearing instructions**.   Parties are also directed to review the instructions contained in the link for all video hearings before Judge Rhoades: http://www.txeb.uscourts.gov/content/judgerhoades.   The information can be found by accessing the Court's webpage at www.txeb.uscourts.gov and choosing "Judge's Info," then choosing "Judge Rhoades," and then choosing "Video Hearings" Tab.

**RESPECTFULLY SUBMITTED** this 4th day of March, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

By:  /s/ Thomas Berghman
        Davor Rukavina, Esq.
        Texas Bar No. 24030781
        Thomas D. Berghman, Esq.
        Texas Bar No. 24082683
        Jay H. Ong, Esq.
        Texas Bar No. 24028756
        500 North Akard St., Ste. 3800
        Dallas, Texas 75201
        Telephone:    (214) 855-7500
        Facsimile:      (214) 978-4375
        drukavina@munsch.com
        tberghman@munsch.com
        jong@munsch.com

*Proposed Counsel to the Debtor*
*and Debtor in Possession*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 4th day of March, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Texas.

   By: */s/ Thanhan Nguyen*
       Thanhan Nguyen