**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| BSPV-PLANO, LLC, | § § § | Case No. 22-40276 (BTR) |
| Debtor. | § § § | |

### DEBTOR'S OBJECTION TO MOTION TO CONTINUE

TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:

COMES NOW BSVP-Plano, LLC (the "Debtor"), the debtor-in-possession in the above styled and numbered bankruptcy case (the "Bankruptcy Case"), and file this *Objection* (the "Objection") to the *Emergency Motion to Continue Hearings On First Day Motions Scheduled for March 7, 2022* (the "Motion") filed by The Huntington National Bank (the "Bank"), respectfully stating as follows:

1. At the March 7, 2022 hearing, the Court will consider several critical, time-urgent motions, consisting of the interim use of cash collateral, interim postpetition financing, and prepetition critical vendor and wages motions. If the Court cannot promptly consider the interim cash collateral, interim postpetition financing, and critical vendor and employee motions, the Debtor will not be able to pay its contractors and the contractors will walk off the job—the construction market is red hot. If that happens, the resulting costs and delays will be massive.

2. The Debtor is certainly sympathetic to Mr. Walsh and to the requested continuance and would love to agree to a continuance, although the Debtor notes that Mr. Walsh appears not to be admitted in this Court and has yet to seek admission *pro hac vice* (and may therefore not be able to handle a hearing anyway). The problem for the Debtor is that, as the Debtor understands the Court's schedule, a hearing later in the week may not be possible.

3. Greenberg Traurig, LLP, is a very large firm. Mr. Burrer of Greenberg Traurig has already filed a pleading in this case. Ross & Smith, P.C. is an excellent local bankruptcy firm. Respectfully, the Bank has many capable lawyers that can handle the hearing on March 7. And, the issues are not novel, the issues are standard in a larger Chapter 11 case, and most of the relief sought is interim only.

4. If the Court grants the continuance, the Debtor requests that the first day hearings be held during the week of March 7. There is a very serious risk that, if the Court cannot hear the first day motions until the week of March 14, the contractors will walk of the job and will not return.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court deny the Motion.

RESPECTFULLY SUBMITTED this 4th day of March, 2022.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Jay H. Ong, Esq.
Texas Bar No. 24028756
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**PROPOSED ATTORNEYS FOR
THE DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on this the 4th day of March, 2022, a true and correct copy of this document was electronically served on the Bank through Frances Smith, Esq., its counsel of record.

                                              By: /s/ Davor Rukavina
                                                    Davor Rukavina