# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>BSPV-PLANO, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-40276 (BTR) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as counsel for The Huntington National Bank, trustee (the "**Trustee**"), in the above-referenced bankruptcy case. Such counsel hereby enters their appearance under § 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and such counsel hereby requests, under Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

> Eric Soderlund
> State Bar No. 24037525
> **ROSS & SMITH, P.C.**
> 700 North Pearl, Suite 11610
> Dallas, TX 75201
> Telephone: 214-377-7879
> Facsimile: 214-377-9409
> Email: eric.soderlund@judithwross.com

**PLEASE TAKE FURTHER NOTICE THAT**, under § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted

---

[1] The last four digits of the Debtor's federal tax identification number is (3228). The Debtor's address for notices is: 4851 Keller Springs Road 209, Addison, Texas 75001.

or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced cases and proceedings herein with respect to (1) that affects or seeks to affect in any way, any rights or interests of any creditor or party of interest in this case, with respect to: a) the debtor; b) property of the estate, or proceeds thereof in which the alleged debtor may claim an interest; or c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Trustee.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit will waive (1) Trustee's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Trustee's right to trial by jury in any proceeding in these cases or any case, controversy, or proceeding related to these cases, (3) Trustee's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupment's to which Trustee may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Trustee expressly reserves.

|  |  |
|---|---|
| Dated: March 5, 2022 | By: */s/ Eric Soderlund* |
|  | Judith W. Ross |
|  | State Bar No. 21010670 |
|  | Frances A. Smith |
|  | State Bar No. 24033084 |
|  | Eric Soderlund |
|  | State Bar No. 24037525 |
|  | Jessica Lewis |
|  | State Bar No. 24060956 |
|  | **ROSS & SMITH, PC** |
|  | 700 N. Pearl Street, Suite 1610 |
|  | Dallas, Texas 75201 |
|  | Telephone: 214-377-7879 |
|  | Facsimile: 214-377-9409 |
|  | Email: Judith.riss@judithwross.com |
|  | frances.smith@judithwross.com |
|  | eric.soderlund@judithwross.com |
|  | jessica.lewis@judithwross.com |

*Co-Counsel for The Huntington National Bank, as Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of March 2022, I caused to be served a true and correct copy of the above and foregoing document via the Court's ECF filing system and/or U.S. mail as indicated in the attached Master Service List.

*/s/ Eric Soderlund*
Eric Soderlund

**Master Service List**
**BSPV-Plano, LLC**
**Case No. 22-40276**

*Debtor:*
BSPV-Plano, LLC
4851 Keller Springs Rd., #209
Addison, TX 75001
**Served via U.S. mail**

*Debtor's Counsel:*
Munsch Hardt Kopf & Harr
Attn: Thomas Daniel Bergham
  Davor Rukavina
500 N. Akard, Ste. 3800
Dallas, TX 75201-6659
Phone: 214-855-7554
Fax: 214-978-4346
Email: tberghman@munsch.com
  drukavina@munsch.com
**Served via ECF**

Munsch Hardt Kopf and Harr PC
Attn: Thanhan Nguyen
  Jay H. Ong
1717 West 6th Street, Suite 250
Austin, TX 78703
Phone: 512-391-6100
Fax: 512-391-6149
Email: anguyen@munsch.com
  jong@munsch.com
**Served via ECF**

*U.S. Trustee:*
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702
Phone: 903-590-1450
Email: ustpregion06.ty.ecf@usdoj.gov
**Served via ECF**

*20 Largest Creditors:*
AGES Service Company, Inc.
1080 S. Kimball Ave., Ste. 150
Southlake, TX 76092
**Served via U.S. mail**

American Arbitration Association
120 Broadway, 21st Fl.
New York, NY 10271
**Served via U.S. mail**

Centex Skilled Trades, LLC
1813 Ann and Dossy Ct.
Crowley, TX 76036
**Served via U.S. mail**

Civil Point Engineers
9101 LBJ Frwy., Ste. 300
Dallas, TX 75243
**Served via U.S. mail**

Dalworth Framing Corp.
4817 Worth St.
Dallas, TX 75246
**Served via U.S. mail**

JM Lawncare & Sprinkler, LLC
806 Jennifer Ct.
Highland Village, TX 75077
**Served via U.S. mail**

Landstar Excavation Inc.
P. O. Box 293838
Lewisville, TX 76247
**Served via U.S. mail**

Miguel Hernandez
1508 Indiana Ct.
Irving, TX 75060
**Served via U.S. mail**

Oldham Lumber Company
8738 Forney Rd.
Dallas, TX 75227
**Served via U.S. mail**

Paradis Brothers Construction Inc.
450 Cherry Ln.
Southlake, TX 75092
**Served via U.S. mail**

Ranger Fire, Inc.
1000 S. Main St., Ste. 150
Grapevine, TX 76051
**Served via U.S. mail**

Regent Construction
1107 E 1st St.
Fort Worth, TX 76102
**Served via U.S. mail**

Republic Services #615
551 Huffines Blvd.
Lewisville, TX 75056
**Served via U.S. mail**

Slates Harwell LLP
1700 Pacific Ave., Ste. 3800
Dallas, TX 75201
**Served via U.S. mail**

Southwest Enclosure Systems, Inc.
1438 Crescent Dr., #104
Carrollton, TX 75006
**Served via U.S. mail**

Terry's Portable Welding
106 E. Pioneer
Irving, TX 75061
**Served via U.S. mail**

Trinia Zais
P. O. Box 1403
Decatur, TX 76234
**Served via U.S. mail**

Trusted Mechanical Services
7665 Dick Price Rd.
Mansfield, TX 76063
**Served via U.S. mail**

TXU Energy
P. O. Box 650638
Dallas, TX 75265-0638
**Served via U.S. mail**

Zais Companies
P. O. Box 1403
Decatur, TX 76234
**Served via U.S. mail**