# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

In re:

BSPV-PLANO, LLC,[1]

Debtor.

Chapter 11

Case No. 22-40276 (BTR)

## APPLICATION TO APPEAR PRO HAC VICE

1. Charles W. Azano (the "**Applicant**") hereby requests permission to appear, pro hac vice, to represent The Huntington National Bank, a secured lender in the above-referenced bankruptcy case.

2. Applicant was admitted to practice in Massachusetts on December 16, 2002.

3. Applicant is in good standing and is otherwise eligible to practice law before this court.

4. Applicant is not currently suspended or disbarred in any other court.

5. Applicant has not had an application for admission to practice before another court denied.

6. Applicant has not ever had the privilege to practice before another court suspended. If so, give complete information on separate page.

7. Applicant has not been disciplined by a court or Bar Association of committee thereof that would reflect unfavorably upon Applicant's conduct, competency or fitness as a member of the Bar. If so, give complete information on separate page. Not Applicable.

---

[1] The last four digits of the Debtor's federal tax identification number is (3228). The Debtor's address for notices is: 4851 Keller Springs Road 209, Addison, Texas 75001.

8. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18 – <u>Not Applicable</u>.

9. There are no pending grievances or criminal matters pending against Applicant.

10. Applicant has been admitted to practice before the following courts:

<u>United States District Court, District of Massachusetts (2004)</u>

11. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

12. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

13. Applicant has not previously asked for temporary admittance before this court within the last twelve months.

Application Oath:

I, Charles W. Azano do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

March 6, 2022                Signature <u>/s/ *Charles W. Azano*</u>

| | |
|---|---|
| Name: | Charles W. Azano |
| Bar No./State: | 655775/Massachusetts |
| Firm Name: | Greenberg Traurig, LLP |
| Address | One International Place, Suite 2000 |
| City/State/Zip: | Boston, MA 02110 |
| Telephone: | 617-310-5212 |
| Email: | azanoch@gtlaw.com |

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 6th day of March 2022, I caused to be served a true and correct copy of the above and foregoing document via the Court's ECF filing system and/or U.S. mail as indicated in the attached Master Service List.

                                                      */s/ Frances A. Smith*
                                                      Frances A. Smith

# Master Service List
## BSPV-Plano, LLC
### Case No. 22-40276

*Debtor:*
BSPV-Plano, LLC
4851 Keller Springs Rd., #209
Addison, TX 75001
**Served via U.S. mail**

*Debtor's Counsel:*
Munsch Hardt Kopf & Harr
Attn: Thomas Daniel Bergham
  Davor Rukavina
500 N. Akard, Ste. 3800
Dallas, TX 75201-6659
Phone: 214-855-7554
Fax: 214-978-4346
Email: tberghman@munsch.com
  drukavina@munsch.com
**Served via ECF**

Munsch Hardt Kopf and Harr PC
Attn: Thanhan Nguyen
  Jay H. Ong
1717 West 6th Street, Suite 250
Austin, TX 78703
Phone: 512-391-6100
Fax: 512-391-6149
Email: anguyen@munsch.com
  jong@munsch.com
**Served via ECF**

*U.S. Trustee:*
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702
Phone: 903-590-1450
Email: ustpregion06.ty.ecf@usdoj.gov
**Served via ECF**

*20 Largest Creditors:*
AGES Service Company, Inc.
1080 S. Kimball Ave., Ste. 150
Southlake, TX 76092
**Served via U.S. mail**

American Arbitration Association
120 Broadway, 21st Fl.
New York, NY 10271
**Served via U.S. mail**

Centex Skilled Trades, LLC
1813 Ann and Dossy Ct.
Crowley, TX 76036
**Served via U.S. mail**

Civil Point Engineers
9101 LBJ Frwy., Ste. 300
Dallas, TX 75243
**Served via U.S. mail**

Dalworth Framing Corp.
4817 Worth St.
Dallas, TX 75246
**Served via U.S. mail**

JM Lawncare & Sprinkler, LLC
806 Jennifer Ct.
Highland Village, TX 75077
**Served via U.S. mail**

Landstar Excavation Inc.
P. O. Box 293838
Lewisville, TX 76247
**Served via U.S. mail**

Miguel Hernandez
1508 Indiana Ct.
Irving, TX 75060
**Served via U.S. mail**

Oldham Lumber Company
8738 Forney Rd.
Dallas, TX 75227
**Served via U.S. mail**

Paradis Brothers Construction Inc.
450 Cherry Ln.
Southlake, TX 75092
**Served via U.S. mail**

Ranger Fire, Inc.
1000 S. Main St., Ste. 150
Grapevine, TX 76051
**Served via U.S. mail**

Regent Construction
1107 E 1st St.
Fort Worth, TX 76102
**Served via U.S. mail**

Republic Services #615
551 Huffines Blvd.
Lewisville, TX 75056
**Served via U.S. mail**

Slates Harwell LLP
1700 Pacific Ave., Ste. 3800
Dallas, TX 75201
**Served via U.S. mail**

Southwest Enclosure Systems, Inc.
1438 Crescent Dr., #104
Carrollton, TX 75006
**Served via U.S. mail**

Terry's Portable Welding
106 E. Pioneer
Irving, TX 75061
**Served via U.S. mail**

Trinia Zais
P. O. Box 1403
Decatur, TX 76234
**Served via U.S. mail**

Trusted Mechanical Services
7665 Dick Price Rd.
Mansfield, TX 76063
**Served via U.S. mail**

TXU Energy
P. O. Box 650638
Dallas, TX 75265-0638
**Served via U.S. mail**

Zais Companies
P. O. Box 1403
Decatur, TX 76234
**Served via U.S. mail**