**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re:<br><br>BSPV-PLANO, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-40276 (BTR) |

**ORDER APPROVING APPLICATION**
**FOR ADMISSION PRO HAC VICE**

On March 6, 2022, an application was filed by Charles Azano (the "**Applicant**") for admission to practice before this Court pro hac vice (the "**Application**") in the above-referenced case. The Court has reviewed the Application and finds that the Application substantially complies with the requirements of Local Rules regarding admission on a pro hac vice basis. Accordingly, good cause exists for the entry of the following order:

IT IS THEREFORE ORDERED that the Application for Pro Hac Vice Admission filed on March 6, 2022 by Charles Azano is GRANTED, subject to the requirement that all attorneys admitted to practice before this Court shall file all documents by electronic means pursuant to General Order 04-1, a copy of which may be reviewed at www.txeb.uscourts.gov.

_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of the Debtor's federal tax identification number is (3228). The Debtor's address for notices is: 4851 Keller Springs Road 209, Addison, Texas 75001.