**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BSPV-PLANO, LLC,[1] | § | CASE NO. 22-40276 (BTR) |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING EMERGENCY MOTION OF THE HUNTINGTON NATIONAL BANK, AS TRUSTEE, TO CONTINUE HEARINGS ON FIRST DAY MOTIONS SCHEDULED FOR MARCH 7, 2022**

Came on for consideration the motion (the "**Motion**") of The Huntington National Bank, as Trustee, for continuance of the hearing currently set for March 7, 2022 for consideration of the following "First Day Motions":

1. *Debtor's Emergency Motion for Interim and Final Authority to Use Cash Collateral* [Docket No. 9] (the "**Cash Collateral Motion**");

2. *Debtor's Emergency Motion for Interim and Final Approval of Postpetition Financing* [Docket No. 10] (the "**DIP Financing Motion**");

3. *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Claims of Critical Vendors and Certain Other Specified Trade Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 11] (the "**Critical Vendors Motion**");

---

[1] The last four digits of the Debtor's federal tax identification number is (3228). The Debtor's address for notices is: 4851 Keller Springs Road 209, Addison, Texas 75001.

4. *Motion for Entry of an Order (I) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtor's Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief* [Docket No. 12] (the "**Utilities Motion**");

5. *Debtor's Emergency Motion for Entry of an Order (I) Extending Time to File Schedules and Statements, (II) Authorizing the Debtor to Redact Certain Personal Identification Information, and (III) Granting Related Relief* [Docket No. 13] (the "**Schedules and Statements Motion**"); and

6. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 14] (the "**Wages Motion**")

filed by BSPF-PLANO, LLC (the "**Debtor**") requesting a short continuance of the hearings on the First Day Motions. Having considered the Motion, the Court finds that it has jurisdiction to consider the M0tion to Continue, that venue is proper, and that there is just cause for granting the relief sought therein. It is therefore:

**ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the hearings on the First Day Motions are continued to **March 8, 2022 at 10:00 a.m. central time** to be held via telephone or video conference with such information to be provided by Trustee's counsel in a notice of this hearing upon receipt of such information from the Court's staff;

**IT IS FURTHER ORDERED** that the Trustee or its counsel shall give notice of this order to continue hearing by forwarding a copy of the above-referenced notice of hearing, referencing

**ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARINGS ON FIRST DAY MOTIONS – PAGE 2**

the Motion and this order granting a continuance, to all parties entitled to notice of the First Day Motions and shall evidence such service by the filing of a certificate of service with the Court before the scheduled hearing. **Parties should contact crd_plano@txeb.uscourts.gov for video hearing instructions.**

Signed on 03/07/2022

_Brenda T. Rhoades_   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE