# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>BSPV-PLANO, LLC,[1]<br><br>                Debtor. | § § § § § § § § | Chapter 11<br><br>Case No. 22-40276 (BTR) |

## DEBTOR'S EXHIBITS FOR MARCH 8, 2022 HEARING

BSPV-Plano, LLC (the "Debtor"), the debtor-in-possession in the above styled and numbered bankruptcy case, hereby submits this Exhibit List and the attached Exhibits in support of the hearing on the Debtor's "first day" matters to be held on **March 8, 2022, at 10:00 a.m.** (prevailing Central Time) (the "Hearing").

### EXHIBITS

The Debtor reserves all rights to introduce and/or request judicial notice of any or all of the following Exhibits as evidence at the Hearing, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto and thereof:

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| A. | *Trust Indenture* (Dec. 1, 2018) (the "**Trust Indenture**") | | | | |
| B. | *Loan Agreement* (Dec. 1, 2018) (the "**Loan Agreement**") | | | | |
| C. | *Senior Living Promissory Note, Senior Series 2018A* (Jan. 8, 2019) (the "**Series 2018A Note**") | | | | |

---

[1] The last four (4) digits of the Debtor's federal tax identification number is (3228). The Debtor's address for notices is: 4851 Keller Springs Road 209, Addison, Texas 75001.

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| D. | *Senior Living Promissory Note, Taxable Senior Series 2018B* (Jan. 8, 2019) (the "**Series 2018B Note**") | | | | |
| E. | *Senior Living Promissory Note, Subordinate Series 2018C* (Jan. 8, 2019) (the "**Series 2018C Note**") | | | | |
| F. | *Senior Living Promissory Note, Junior Subordinate Series 2018D* (Jan. 8, 2019) (the "**Series 2019D Note**") | | | | |
| G. | "**Interim Budget**" | | | | |
| H. | "**Final Budget**" | | | | |
| I. | *Novogradac Rent and Absorption Letter for Bridgemoor at Plano* (Nov. 30, 2021) (the "**Novogradac Rent and Absorption Report**") | | | | |
| J. | "**55-Month Projection**" | | | | |
| K. | Temporary Certificates of Occupancy (Feb. 24, 2022) (the "**Certificates of Occupancy**") | | | | |
| L. | "**Critical Vendors List**" | | | | |
| M. | "**Employees List**" | | | | |
| N. | "**Utilities List**" | | | | |
| O. | *Guaranty Agreement* (Mar. 2021) (the "**Guaranty Agreement**") | | | | |
| P. | *Real Estate Lien Note* (Mar. 8, 2022) (the "**DIP Note**") | | | | |
| Q. | *Deed of Trust* (Mar. 8, 2022) (the "**DIP Deed of Trust**") | | | | |
| R. | Any and all motions, notices, pleadings, and other docket items filed of record in the bankruptcy case | | | | |
| S. | Any and all exhibits designated by any other party | | | | |
| T. | Any and all other exhibits as may be appropriate for rebuttal or impeachment purposes | | | | |

2

**RESPECTFULLY SUBMITTED** this 8th day of March, 2022.

          **MUNSCH HARDT KOPF & HARR, P.C.**

    By:    /s/ Thanhan Nguyen
          Davor Rukavina, Esq.
          Texas Bar No. 24030781
          Thomas D. Berghman, Esq.
          Texas Bar No. 24082683
          Jay H. Ong, Esq.
          Texas Bar No. 24028756
          500 North Akard St., Ste. 3800
          Dallas, Texas 75201
          Telephone:   (214) 855-7500
          Facsimile:    (214) 978-4375
          drukavina@munsch.com
          tberghman@munsch.com
          jong@munsch.com

*Proposed Counsel to the Debtor
and Debtor in Possession*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on this the 8th day of March, 2022, a true and correct copy of the foregoing document and attached exhibits were served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Texas.

          By: */s/ Thanhan Nguyen*
                 Thanhan Nguyen