**BSPV–Plano, LLC**
**4 - Week Cash Flow Forecast - Period Ended 03/04/22 - 03/25/22 (in 000s)**

| CF Forecast Week Number | 1 | 2 | 3 | 4 | 4-Week |
|---|---|---|---|---|---|
| Week Ending | 4-Mar | 11-Mar | 18-Mar | 25-Mar | Total |
| **Opening Cash Balance** | - | 200 | 7,743 | 7,239 | - |
| | | | | | |
| **Operating Receipts:** | | | | | |
| Rent (Less Concessions) [2] | - | - | - | - | - |
| Other Income [3] | - | - | - | - | - |
| Other | - | - | - | - | - |
| **Total Receipts** [1] | - | - | - | - | - |
| | | | | | |
| **Operating Disbursements:** | | | | | |
| *Operations* | | | | | |
| Management Fee | - | - | - | - | - |
| Marketing & Advertising | - | - | - | - | - |
| Payroll | - | - | - | - | - |
| Utilities | - | - | - | 2 | 2 |
| Repairs & Maintenance | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Tenant Activities | - | - | - | - | - |
| G&A | - | - | - | - | - |
| Other Exp | - | - | - | - | - |
| **Total Operating Disbursements** [4] | - | - | - | 2 | 2 |
| | | | | | |
| **Operating Cash Flow** | - | - | - | (2) | (2) |
| | | | | | |
| **Soft Cost Draws** | - | - | - | 150 | 150 |
| | | | | | |
| **Construction-Related Receipts:** | | | | | |
| Access to Project Fund [5] | - | 6,191 | - | - | 6,191 |
| Access to O&M Fund [5] | - | 2,277 | - | - | 2,277 |
| Cash Injection from BSPV Equity Holders | 200 | - | - | - | 200 |
| | | | | | |
| **Construction-Related Disbursements:** | | | | | |
| HVAC | - | 45 | 90 | 117 | 252 |
| HVAC Materials | - | 151 | - | - | 151 |
| HVAC Finals | - | - | - | - | - |
| Drywall | - | - | - | 25 | 25 |
| Insulation | - | - | - | 45 | 45 |
| Paint | - | - | 6 | - | 6 |
| Electrical | - | - | 8 | - | 8 |
| Electrical Trim | - | - | 2 | - | 2 |
| Fire Rough | - | - | - | - | - |
| Fire Finals | - | - | 5 | - | 5 |
| Flooring | - | - | 35 | - | 35 |
| Showers | - | - | - | - | - |
| Hardware | - | - | - | - | - |
| Trim | - | - | - | - | - |
| Plumbing | - | 54 | 108 | 162 | 324 |
| Plumbing Trim | - | - | - | - | - |
| Appliance Installation | - | - | - | - | - |
| Cabinets/Granite Installation | - | - | - | - | - |
| Framing/Siding | - | 8 | 8 | 8 | 24 |
| Roofing | - | - | 20 | - | 20 |
| Gutters | - | - | - | - | - |
| Elevators | - | - | - | - | - |
| Doors | - | 300 | - | - | 300 |
| Mirror Installation | - | - | - | - | - |
| Balconies | - | - | - | - | - |
| Courtyard Finishes | - | - | - | - | - |
| Landscaping | - | - | - | - | - |
| Lighting | - | - | - | - | - |
| Sidewalks | - | - | - | - | - |
| Striping/Bumper Stops | - | - | - | - | - |
| Garage Storage Units | - | - | - | - | - |
| Carports | - | - | - | - | - |
| Pool/Pool Enclosure | - | - | - | - | - |
| Pool Deck Concrete | - | - | - | - | - |
| Pool Furniture | - | - | - | - | - |
| Clubhouse Furniture | - | - | - | - | - |
| East Side Retaining Wall | - | - | - | - | - |
| Specialties | - | - | - | - | - |
| Utilities | - | - | - | 16 | 16 |
| GC Management | - | - | - | - | - |
| Additional GC Management - Regent Construction | - | - | - | - | - |
| Equipment Rental | - | - | - | - | - |
| Materials | - | - | 163 | - | 163 |
| Trash Cleanup | - | - | 8 | - | 8 |
| Punchouts/Final Clean | - | - | - | - | - |
| Drainage Under Railroad | - | - | - | - | - |
| Hydrologist | - | - | - | - | - |
| Regulatory Consulting | - | - | 2 | - | 2 |
| Contingency | - | - | - | - | - |
| Retainage | - | - | - | - | - |
| **Total Construction-Related Disbursements** | - | 557 | 455 | 373 | 1,385 |
| | | | | | |
| **Construction-Related Cash Flow** | 200 | 7,911 | (455) | (373) | 7,283 |
| | | | | | |
| **Operating and Construction Net Cash Flow** | 200 | 7,911 | (455) | (525) | 7,131 |
| | | | | | |
| **Chapter 11 Related Disbursements** | | | | | |
| Critical vendor payment plans [6] | - | 317 | 50 | 33 | 400 |
| Bankruptcy counsel | - | - | - | - | - |
| Unsecured creditors committee | - | - | - | - | - |
| Ordinary course professionals | - | - | - | - | - |
| US Trustee | - | - | - | - | - |
| Utility security deposits | - | 50 | - | - | 50 |
| Other | - | - | - | - | - |
| **Total Chapter 11 Related Disbursements** | - | 367 | 50 | 33 | 450 |
| | | | | | |
| **Cash Flow Before Interest Payments** | 200 | 7,543 | (505) | (557) | 6,681 |
| | | | | | |
| **Interest Payments** | | | | | |
| A-Series Bonds | - | - | - | - | - |
| B-Series Bonds | - | - | - | - | - |
| C-Series Bonds | - | - | - | - | - |
| D-Series Bonds | - | - | - | - | - |
| **Total Interest Payments** | - | - | - | - | - |
| | | | | | |
| **Net Cash Flow After Interest Payments** | 200 | 7,543 | (505) | (557) | 6,681 |
| | | | | | |
| **Ending Cash Balance** | 200 | 7,743 | 7,239 | 6,681 | 6,681 |

*Footnotes*

(1) Receipts are sourced from the FTI 55-month Projection of operating results
(2) First move-in is scheduled for Mid-March. However, the concession that will be offered is first month's rent free - thus the people moving
    For simplicity sake, rent will be projected to be received on the first of the month, per the FTI projection
(3) Other Income includes parking, storage units, washer/dryer rental, door to door trash service, maid service, etc
(4) Disbursements are sourced from the FTI 55-month Projection of operating results
(5) Project Fund and O&M Fund balances are Market Value as of 11/16/21 - there may be immaterial movements since that date
(6) Critical Vendor payment plan: Most critical vendors scheduled at full pre-petition payment in week 2, then others estimated at 25% payments every two weeks, beginning in week 2. See Top 20 Unsecured Creditors list for identification of critical vendors

**EXHIBIT G**