

# TEMPORARY Certificate of Occupancy

Name of Business: BRIDGEMOOR PLANO-SENIOR LIVING-BLDG 13

Location: 1109 PARK VISTA RD BLDG 13          Date: 2/24/2022

Permit Number: 18-13656    Bldg. Sprinkler: Y,13R      Use: MULTI-FAMILY

Type of Construction: V-A   Occupancy Group: R2    O.L.:

**Safe occupation is allowed for 45 days** – Expiration Date: 4/11/2022

Life safety systems are in compliance. Immediate and future inspections will continue to be made by the Health and/or Fire Department to insure conformance with applicable codes and regulations.

Selso Mata – Building Official

Comments: Future Utility Operations inspections will require approval and protection of the water supply system.

EXHIBIT K



# TEMPORARY Certificate of Occupancy

Name of Business: BRIDGEMOOR PLANO-SENIOR LIVING-BLDG 14

Location: 1109 PARK VISTA RD BLDG 14                    Date: 2/24/2022

Permit Number: 18-13654          Bldg. Sprinkler: Y,13R          Use: MULTI-FAMILY

Type of Construction: V-A   Occupancy Group: R2     O.L.: .

**Safe occupation is allowed for 45 days** – Expiration Date: 4/11/2022

Life safety systems are in compliance.  Immediate and future inspections will continue to be made by the Health and/or Fire Department to insure conformance with applicable codes and regulations.

Selso Mata – Building Official

Comments:    Future Utility Operations inspections will require approval and protection of the water supply system.



# TEMPORARY Certificate of Occupancy

Name of Business: BRIDGEMOOR PLANO-SENIOR LIVING-BLDG 25

Location: 1109 PARK VISTA RD BLDG 25      Date: 2/24/2022

Permit Number: 18-13655     Bldg. Sprinkler: Y,13R     Use: MULTI-FAMILY

Type of Construction: V-A    Occupancy Group: R2    O.L.:

**Safe occupation is allowed for 45 days** – Expiration Date: 4/11/2022

Life safety systems are in compliance. Immediate and future inspections will continue to be made by the Health and/or Fire Department to insure conformance with applicable codes and regulations.

Selso Mata – Building Official

Comments: Future Utility Operations inspections will require approval and protection of the water supply system.