**Critical Vendors List**

| Vendor | Motion | Amended | Nature of Work |
|---|---|---|---|
| AECC, Inc. |  | $1,614.60 | Construction Monitoring Reports |
| AGES Service Company, Inc. | $75,600.00 | $75,600.00 | HVAC Subcontractor |
| CenTex Skilled Trades | $30,759.75 | $30,759.75 | Plumbing Subcontractor |
| Civil Point Engineers | $6,000.00 | $6,000.00 | City of Plano Site Plan Submittal |
| Dalworth Framing Corp | $17,310.00 | $17,310.00 | Framing Subcontractor |
| JM Lawncare & Sprinkler, LLC | $131,569.50 | $131,569.50 | Landscaping Subcontractor |
| McLendon Hydrology and Engineering, LLC | $3,412.75 | $3,412.75 | Hydrology Consulting for getting Certificates of Occupancy |
| Miguel Hernandez | $15,725.28 | $15,725.28 | Cabinetry and Interior work |
| National Construction Rentals | $259.80 | $259.80 | Construction Rental |
| Ranger Fire, Inc. | $4,036.50 | $4,036.50 | Fire system Subcontractor |
| Regent Construction Group, LLC | $91,646.39 | $91,646.39 | General Contractor - Head of Project |
| Southwest Enclosure Systems, Inc. | $34,965.00 | $34,965.00 | Pool Construction Subcontractor |
| Trina Zais | $5,337.50 | $5,337.50 | Consulting - Obtaining Certificates of Occupancy from Plano |
| United Rentals, Inc. | $1,314.50 | $1,314.50 | Construction Rental |
| Zais Companies | $100,000.00 | $96,834.94 | Construction Superintendent |
| **Total** |  | **$517,936.97** | **$516,386.51** |

EXHIBIT L