**Employees List**

| Employee | Title/Position | Officer or Insider (or relative of officer or insider) | Employed by BSPV-Plano |
|---|---|---|---|
| Jose Castaneda | Lead Maintenance | No | Yes |
| Roger Zais | Superintendent | No | Yes |
| Cecilia Donyse Jadlowski | Property Manager | No | Yes |
| Mary Jane McConnell | Assistant Property Manager | No | Yes |

Average monthly salaries of $23,536.02, remitting average monthly payroll taxes of $6,265.98 (employer and employee).

EXHIBIT M