**Utilities List**

| Provider | Service Provided | Pre-Petition Amount | Half of Average Monthly Expenditure (Proposed Adequate Assurance) |
|---|---|---|---|
| Atmos Energy | Natural Gas | $70.12 | $35.00 |
| City of Plano | Water | $119.70 | $3,000.00 |
| TXU Energy | Electricity | $4,190.91 | $2,095.00 |
| Republic Services | Dumpster | $2,101.71 | $1,150.00 |
| **Total** | | **$6,482.44** | **$6,280.00** |

EXHIBIT N