# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>BSPV-PLANO, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-40276 (BTR) |

## THE HUNTINGTON NATIONAL BANK'S
## WITNESS AND EXHIBIT LIST FOR HEARINGS SCHEDULED FOR
## MARCH 8, 2022 AT 10:00 A.M. (PREVAILING CENTRAL TIME)

The Huntington National Bank, bond trustee (the "**Bond Trustee**") hereby files this its Witness and Exhibit List for the hearing scheduled on **Tuesday, March 8, 2022 at 10:00 am** on the following matters:

1. *Debtor's Emergency Motion for Interim and Final Authority to Use Cash Collateral* [Docket No. 9] (the "**Cash Collateral Motion**");

2. *Debtor's Emergency Motion for Interim and Final Approval of Postpetition Financing* [Docket No. 10] (the "**DIP Financing Motion**");

3. *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Claims of Critical Vendors and Certain Other Specified Trade Claimants,(II) Confirming Administrative Expense Priority of Outstanding Orders, and (III)Granting Related Relief* [Docket No. 11] (the "**Critical Vendors Motion**");

4. *Motion for Entry of an Order (I) Approving the Debtor's Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility*

---

[1] The last four digits of the Debtor's federal tax identification number is (3228). The Debtor's address for notices is: 4851 Keller Springs Road 209, Addison, Texas 75001.

*Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtor's Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief* [Docket No. 12] (the "**Utilities Motion**");

5. *Debtor's Emergency Motion for Entry of an Order (I) Extending Time to File Schedules and Statements, (II) Authorizing the Debtor to Redact Certain Personal Identification Information, and (III) Granting Related Relief* [Docket No. 13] (the "**Schedules and Statements Motion**"); and

6. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 14] (the "**Wages Motion**").

**Bond Trustee's Witness List**

At the hearing, Bond Trustee may call the following persons to testify as witnesses:

1. David Fields;

2. Any witness called by any other party; and

3. Rebuttal witnesses as necessary.

Bond Trustee reserves the right to cross-examine any witness called by any other party.

**Bond Trustee's Exhibit List**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| THNB-A | Trust Indenture | | | |
| THNB-B | Notice of Meeting To Discuss Proposed Restructuring of Bonds September 3rd, 2020 | | | |

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| THNB-C | Updated Proposal to Bridgemoor Bondholders – 2/28/22 | | | |
| THNB-D | Official Statement | | | |
| THNB-E | Loan Agreement | | | |
| THNB-F | Call with the Bridgemoor at Plano Bondholders November 19, 2021 Agenda | | | |
| THNB-G PART 1 | Accompanying email to Forbearance Agreement | | | |
| THNB-G PART 2 | Forbearance Agreement | | | |
| | Any exhibits designated by any other party | | | |
| | Any exhibits necessary and appropriate as rebuttal evidence | | | |

Bond Trustee reserves the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing. This Witness and Exhibit List is not intended to limit Bond Trustee at the hearing or to imply that Bond Trustee may not seek introduction of evidence that is not on this list. Bond Trustee reserves the right to use any of the exhibits designated by any other party this case.

| | |
|---|---|
| Dated: March 8, 2022. | By: */s/ Frances A. Smith*<br>Judith W. Ross<br>State Bar No. 21010670<br>Frances A. Smith<br>State Bar No. 24033084<br>Eric Soderlund<br>State Bar No. 24037525<br>Jessica Lewis<br>State Bar No. 24060956<br>**ROSS & SMITH, PC**<br>700 N. Pearl Street, Suite 1610<br>Dallas, Texas 75201<br>Telephone: 214-377-7879<br>Facsimile: 214-377-9409<br>Email: Judith.riss@judithwross.com<br>frances.smith@judithwross.com<br>eric.soderlund@judithwross.com<br>jessica.lewis@judithwross.com<br><br>-and-<br><br>**GREENBERG TRAURIG, LLP**<br><br>Kevin J. Walsh<br>(admitted *pro hac vice*)<br>WalshKe@gtlaw.com<br>Charles W. Azano<br>(admitted *pro hac vice*)<br>AzanoCh@gtlaw.com<br>Colleen A. Murphy<br>(*Pro Hac Vice* Application forthcoming)<br>MurphyC@gtlaw.com<br>One International Place, Suite 200<br>Boston, Massachusetts 02110<br>Telephone: (617) 310-6000<br>Facsimile: (617) 310-6001<br><br>***Counsel for The Huntington National Bank solely in its Capacity as Bond Trustee on behalf of Holders of Certain Bonds*** |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 8th day of March 2022, I caused to be served a true and correct copy of the above and foregoing document via the Court's ECF filing system (without exhibits) and/or U.S. mail (without exhibits)[2] as indicated in the attached Master Service List.

                                                                                    */s/ Frances A. Smith*
                                                                                    Frances A. Smith

---

[2] Anyone wishing to receive copies of the exhibits may contact Michael Coulombe by email at michael.coulombe@judithwross.com.

**Master Service List**
**BSPV-Plano, LLC**
**Case No. 22-40276**

*Debtor:*
BSPV-Plano, LLC
4851 Keller Springs Rd., #209
Addison, TX 75001
**Served via U.S. mail**

*Debtor's Counsel:*
Munsch Hardt Kopf & Harr
Attn:  Thomas Daniel Bergham
  Davor Rukavina
500 N. Akard, Ste. 3800
Dallas, TX 75201-6659
Phone: 214-855-7554
Fax: 214-978-4346
Email: tberghman@munsch.com
  drukavina@munsch.com
**Served via ECF**

Munsch Hardt Kopf and Harr PC
Attn:  Thanhan Nguyen
  Jay H. Ong
1717 West 6th Street, Suite 250
Austin, TX 78703
Phone: 512-391-6100
Fax: 512-391-6149
Email: anguyen@munsch.com
  jong@munsch.com
**Served via ECF**

*U.S. Trustee:*
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702
Phone: 903-590-1450
Email: ustpregion06.ty.ecf@usdoj.gov
**Served via ECF**

*20 Largest Creditors:*
AGES Service Company, Inc.
1080 S. Kimball Ave., Ste. 150
Southlake, TX 76092
**Served via U.S. mail**

American Arbitration Association
120 Broadway, 21st Fl.
New York, NY 10271
**Served via U.S. mail**

Centex Skilled Trades, LLC
1813 Ann and Dossy Ct.
Crowley, TX 76036
**Served via U.S. mail**

Civil Point Engineers
9101 LBJ Frwy., Ste. 300
Dallas, TX 75243
**Served via U.S. mail**

Dalworth Framing Corp.
4817 Worth St.
Dallas, TX 75246
**Served via U.S. mail**

JM Lawncare & Sprinkler, LLC
806 Jennifer Ct.
Highland Village, TX 75077
**Served via U.S. mail**

Landstar Excavation Inc.
P. O. Box 293838
Lewisville, TX 76247
**Served via U.S. mail**

Miguel Hernandez
1508 Indiana Ct.
Irving, TX 75060
**Served via U.S. mail**

Oldham Lumber Company
8738 Forney Rd.
Dallas, TX 75227
**Served via U.S. mail**

Paradis Brothers Construction Inc.
450 Cherry Ln.
Southlake, TX 75092
**Served via U.S. mail**

Ranger Fire, Inc.
1000 S. Main St., Ste. 150
Grapevine, TX 76051
**Served via U.S. mail**

Regent Construction
1107 E 1st St.
Fort Worth, TX 76102
**Served via U.S. mail**

Republic Services #615
551 Huffines Blvd.
Lewisville, TX 75056
**Served via U.S. mail**

Slates Harwell LLP
1700 Pacific Ave., Ste. 3800
Dallas, TX 75201
**Served via U.S. mail**

Southwest Enclosure Systems, Inc.
1438 Crescent Dr., #104
Carrollton, TX 75006
**Served via U.S. mail**

Terry's Portable Welding
106 E. Pioneer
Irving, TX 75061
**Served via U.S. mail**

Trinia Zais
P. O. Box 1403
Decatur, TX 76234
**Served via U.S. mail**

Trusted Mechanical Services
7665 Dick Price Rd.
Mansfield, TX 76063
**Served via U.S. mail**

TXU Energy
P. O. Box 650638
Dallas, TX 75265-0638
**Served via U.S. mail**

Zais Companies
P. O. Box 1403
Decatur, TX 76234
**Served via U.S. mail**