# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>BSPV-PLANO, LLC,[1]<br><br>Debtor. | § § § Chapter 11<br>§<br>§ Case No. 22-40276 (BTR)<br>§<br>§ |

**ORDER EXTENDING TIME TO FILE SCHEDULES
AND STATEMENTS AND GRANTING RELATED RELIEF**

CAME ON FOR EMERGENCY HEARING ("Hearing") the motion (the "Motion")[2] of the above-captioned debtor (the "Debtor") for the entry of an order (this "Order") extending the time period to file its Schedules and Statements, and granting related relief. This Court, based on its consideration of the Motion, the arguments of counsel, the evidence adduced at the Hearing and the record before it, finds and concludes[3] that: (i) notice of the Motion and a hearing on the Motion were served via the Court's ECF noticing system and via U.S. mail on the parties listed in the respective certificates of service; (ii) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (iii) the Court has core jurisdiction over the Motion and may enter a final order thereon consistent with Article III of the United States Constitution; (iv) venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (v) for the reasons stated by the Court on the record, that just cause exists for the relief requested in the Motion

---

[1] The last four (4) digits of the Debtor's federal tax identification number is (3228). The Debtor's address for notices is: 4851 Keller Springs Road 209, Addison, Texas 75001.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

[3] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

and granted by this Order in the best interests of the Debtor's estate, its creditors, and other parties in interest. Accordingly, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The time within which the Debtor must file its Schedules and Statements is extended through April 11, 2022, without prejudice to the Debtor's right to seek an additional extension upon cause shown therefor.

3. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed on 3/14/2022

_Brenda T. Rhoades_    YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE