# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | |
| BSPV-PLANO, LLC, § | CASE NO. 22-40276 |
| § | CHAPTER 11 |
| Debtor § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please be advised that Hicks Law Group PLLC hereby makes its Notice of Appearance for CJ Project Management, Inc. d/b/a CJ Group, a creditor in these proceedings. Therefore Hicks Law Group PLLC requests that all notices and announcements regarding this case be delivered to the listing below.

Hicks Law Group PLLC
Kevin S. Wiley, Jr.
Rebecca A. Hicks
325 N. St. Paul St.
Dallas, TX 75201
Tel. (469) 619-5721
Fax (469) 619-5725
KWiley@HicksLawGroup.com
RHicks@HicksLawGroup.com

Respectfully Submitted,

HICKS LAW GROUP PLLC

By: /s/ Kevin S. Wiley, Jr.
   Kevin S. Wiley, Jr.
   State Bar No. 24029902
   325 N. St. Paul St.
   Suite 4400
   Dallas, TX 75201
   Tel. (469) 619-5721
   Fax (469) 619-5725

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by first-class mail or email (where indicated) and by the Court's ECF noticing system upon those parties who have requested and agreed to electronic notification on this the 18th day of March, 2022.

/s/ Kevin S. Wiley, Jr.
Kevin S. Wiley, Jr.

**Debtor:**
BSPV-Plano, LLC
4851 Keller Springs Rd., #209
Addison, TX 75001

**Debtor's Counsel:**
Thomas Daniel Berghman
Munsch Hardt Kopf & Harr
500 N. Akard, Ste. 3800
Dallas, TX 75201
**Served by ECF:**
tberghman@munsch.com