IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>BSPV-PLANO, LLC,[1]<br><br>Debtor. | § <br> § <br> § Chapter 11 <br> § <br> § Case No. 22-40276 (BTR) <br> § <br> § |

**NOTICE OF FINAL HEARING ON DEBTOR'S MOTIONS FOR AUTHORITY
TO USE CASH COLLATERAL AND APPROVAL OF POSTPETITION FINANCING**

**PLEASE TAKE NOTICE** that the Court has set the following motions for a final hearing (the "**Final Hearing**") on **April 19, 2022, at 1:30 p.m.** (prevailing Central Time):

- *Debtor's Emergency Motion for Interim and Final Authority to Use Cash Collateral* [Docket No. 9] (the "Cash Collateral Motion"); and

- *Debtor's Emergency Motion for Interim and Final Approval of Postpetition Financing* [Docket No. 10] (the "DIP Financing Motion").

The Final Hearing will be held before the Honorable Brenda T. Rhoades, Chief Judge, United States Bankruptcy Court for the Eastern District of Texas, 660 North Central Expressway, Suite 300B, Plano, TX 75074.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the motions set for Final Hearing must be filed with the Court at least three (3) days prior to the date of the Final Hearing.

---

[1] The last four (4) digits of the Debtor's federal tax identification number is (3228). The Debtor's address for notices is: 4851 Keller Springs Rd, Ste 209, Addison, TX 75001.

**RESPECTFULLY SUBMITTED** this 8th day of April, 2022.

               **MUNSCH HARDT KOPF & HARR, P.C.**

By:  /s/ Thanhan Nguyen
      Davor Rukavina, Esq.
      Texas Bar No. 24030781
      Thomas D. Berghman, Esq.
      Texas Bar No. 24082683
      Jay H. Ong, Esq.
      Texas Bar No. 24028756
      500 North Akard St., Ste. 3800
      Dallas, Texas 75201
      Telephone:    (214) 855-7500
      Facsimile:     (214) 978-4375
      drukavina@munsch.com
      tberghman@munsch.com
      jong@munsch.com

*Proposed Counsel to the Debtor
and Debtor in Possession*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 8th day of April 2022, he personally caused to be served a true and correct copy of the foregoing document on the parties listed on the attached Service List in the manner described.

               By: */s/ Thanhan Nguyen*
                    Thanhan Nguyen

## Service List
(via E-Mail)

| Name | Attention | Email |
|---|---|---|
| BSPV-Plano, LLC | Davor Rukavina | drukavina@munsch.com; pmoore@munsch.com |
| BSPV-Plano, LLC | Thomas D. Berghman | tberghman@munsch.com |
| BSPV-Plano, LLC | Jay H. Ong | jong@munsch.com; amays@munsch.com |
| BSPV-Plano, LLC | Thanhan Nguyen | anguyen@munsch.com |
| CJ Project Management, Inc. | Kevin S. Wiley, Jr. | KWiley@HicksLawGroup.com |
| CJ Project Management, Inc. | Rebecca A. Hicks | RHicks@HicksLawGroup.com |
| Collin County Tax Assessor/Collector | Paul M. Lopez | plopez@abernathy-law.com |
| Collin County Tax Assessor/Collector | Larry R. Boyd | bankruptcy@abernathy-law.com |
| Collin County Tax Assessor/Collector | Emily M. Hahn | ehahn@abernathy-law.com |
| Office of the U.S. Trustee | | USTPRegion06.TY.ECF@USDOJ.GOV |
| Office of the U.S. Trustee | Marc Salitore | Marc.F.Salitore@usdoj.gov |
| Office of the U.S. Trustee | John Vardeman | John.M.Vardeman@usdoj.gov |
| Office of the U.S. Trustee | Aamer Javed | Aamer.Javed@usdoj.gov |
| Plano ISD | Linda D. Reece | lreece@pbfcm.com |
| Regent Construction Group, LLC | Joe D. Tolbert | jtolbert@belaw.com |
| The Huntington National Bank Solely in its Capacity as Indenture Trustee on Behalf of Holders of Certain Bonds | Karl D. Burrer | burrerk@gtlaw.com; jamrokg@gtlaw.com |
| The Huntington National Bank Solely in its Capacity as Indenture Trustee on Behalf of Holders of Certain Bonds | Judith Weaver Ross | judith.ross@judithwross.com; michael.coulombe@judithwross.com |
| The Huntington National Bank Solely in its Capacity as Indenture Trustee on Behalf of Holders of Certain Bonds | Frances A. Smith | frances.smith@judithwross.com |
| The Huntington National Bank Solely in its Capacity as Indenture Trustee on Behalf of Holders of Certain Bonds | Eric Soderlund | eric.soderlund@judithwross.com |

## Service List
(via U.S. Mail)

| | | |
|---|---|---|
| AGES Service Company, Inc.<br>c/o Taylor Lee<br>1080 S Kimball Ave, Ste 150<br>Southlake, TX 76092 | American Arbitration Association<br>120 Broadway, Fl 21<br>New York, NY 10271 | Centex Skilled Trades, LLC<br>c/o James Slawson<br>1813 Ann and Dossy Ct<br>Crowley, TX 76036 |
| City of Plano<br>PO Box 860358<br>Plano, TX 75086 | Civil Point Engineers<br>c/o John Bezner<br>9101 Lyndon B Johnson Fwy, Ste 300<br>Dallas, TX 75243 | Dalworth Framing Corp.<br>c/o Guillermo Reyna<br>4817 Worth St<br>Dallas, TX 75246 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JM Lawncare & Sprinkler, LLC<br>c/o Jason R. Joplin<br>806 Jennifer Ct<br>Highland Village, TX 75077 | Landstar Excavation Inc.<br>c/o Stephen D. Skinner<br>Stephen D. Skinner & Associates, P.C.<br>13747 Montfort Dr, Ste 119<br>Dallas, TX 75240 |
| McLendon Hydrology and Engineering, LLC<br>c/o David McLendon<br>PO Box 146<br>Aledo, TX 76008 | Miguel Hernandez<br>1508 Indiana Ct<br>Irving, TX 75060 | Oldham Lumber Company<br>c/o Harley Finnell<br>8738 Forney Rd<br>Dallas, TX 75227 |
| P.U.O. Construction Inc.<br>PO Box 741134<br>Dallas, TX 75374 | Paradis Brothers Construction Inc.<br>c/o Thomas Paradis<br>450 Cherry Ln<br>Southlake, TX 76092 | Ranger Fire, Inc.<br>c/o Cindy Rico<br>1000 S Main St, Ste 150<br>Grapevine, TX 76051 |
| Republic Services #615<br>551 Huffines Blvd<br>Lewisville, TX 75056 | Slates Harwell LLP<br>c/o Gregory Harwell<br>1700 Pacific Ave, Ste 3800<br>Dallas, TX 75201 | Southwest Enclosure Systems, Inc.<br>c/o Rocky Muelhbrad<br>1438 Crescent Dr, Ste 104<br>Carrollton, TX 75006 |
| Terry's Portable Welding<br>c/o Terry Miller<br>106 W Pioneer Dr<br>Irving, TX 75061 | Trina Zais<br>PO Box 1403<br>Decatur, TX 76234 | Trusted Mechanical Services<br>c/o Phil Banz<br>7665 Dick Price Rd.<br>Mansfield, TX 76063 |
| TXU Energy<br>PO Box 650638<br>Dallas, TX 75265-0638 | Zais Companies<br>c/o Roger Zais<br>PO Box 1403<br>Decatur, TX 76234 | |