IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re:<br><br>BSPV-PLANO, LLC,<br><br>                Debtor. | §§§§§§§§   Chapter 11<br><br>  Case No. 22-40276 (BTR) |

**NOTICE OF PLAN EFFECTIVE DATE
AND FILING OF PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE** that on July 27, 2023, the above-captioned Debtor filed its *Modified Plan of Reorganization* [Docket No. 355] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that on August 30, 2023, the Bankruptcy Court entered its *Order Confirming Modified Plan of Reorganization for BSPV-Plano, LLC* [Docket No. 365] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order, the Debtor hereby files the Plan Supplement, attached hereto as Exhibit "A",[1] which contains:

1. *Amended and Restated Loan Agreement*, dated as of December 1, 2023, and effective as of December 28, 2023;

2. *Amended and Restated Trust Indenture*, dated as of December 1, 2023, and effective as of December 28, 2023;

3. *New Hope Cultural Education Facilities Finance Corporation Senior Living Revenue Refunding Bonds (Bridgemoor Plano Project) Senior Series 2023A-1*, dated as of December 28, 2023;

4. *New Hope Cultural Education Facilities Finance Corporation Senior Living Revenue Refunding Bonds (Bridgemoor Plano Project) Non-Interest Bearing Senior Series 2023A-2*, dated as of December 28, 2023;

---

[1] Due to its volume, Exhibit "A" is not being served on all parties to this bankruptcy case receiving notice (only) by U.S. mail. Any party wishing to obtain a copy of said Exhibit "A" may obtain one free of charge by written request to the undersigned counsel.

NOTICE OF PLAN EFFECTIVE DATE AND FILING OF PLAN SUPPLEMENT—Page 1

5. *New Hope Cultural Education Facilities Finance Corporation Senior Living Revenue Refunding Bonds (Bridgemoor Plano Project) Taxable Senior Series 2023B*, dated as of December 28, 2023;

6. *New Hope Cultural Education Facilities Finance Corporation Senior Living Revenue Refunding Bonds (Bridgemoor Plano Project) Subordinate Series 2023C-1*, dated as of December 28, 2023;

7. *New Hope Cultural Education Facilities Finance Corporation Senior Living Revenue Refunding Bonds (Bridgemoor Plano Project) Non-Interest Bearing Subordinate Series 2023C-2*, dated as of December 28, 2023;

8. *New Hope Cultural Education Facilities Finance Corporation Senior Living Revenue Refunding Bonds (Bridgemoor Plano Project) Junior Subordinate Series 2023D-1*, dated as of December 28, 2023;

9. *New Hope Cultural Education Facilities Finance Corporation Senior Living Revenue Refunding Bonds (Bridgemoor Plano Project) Non-Interest Bearing Junior Subordinate Series 2023D-2*, dated as of December 28, 2023; and

10. *Opinion letter* of Ballard Spahr LLP, Special Tax Counsel to BSPV-Plano, LLC, dated as of December 28, 2023.

**PLEASE TAKE FURTHER NOTICE** that all preconditions thereto having been satisfied, the Plan became effective as of December 28, 2023, and accordingly, **the "Effective Date" of the Plan is December 28, 2023**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the provisions of the Plan and Fed. R. Bankr. P. 9006, unless subsequently extended by the Bankruptcy Court, the following are relevant dates and deadlines under the Plan, as triggered by the Effective Date:

| | |
|---|---|
| Administrative Claims (including Professional Claims) Bar Date | January 29, 2024 |
| Rejection Claims Bar Date | January 29, 2024 |
| Claims Objection Deadline | June 25, 2024 |

**PLEASE TAKE FURTHER NOTICE** that any holder of a Claim may designate another address for purposes of receiving all notices, requests, and distributions by providing the Debtor with written notice of such address, which notice will be effective upon receipt, at the following mailing address:

> BSPV-Plano, LLC
> 1301 West 25th Street, Suite 510
> Austin, Texas 78705

Dated: December 29, 2023                **MUNSCH HARDT KOPF & HARR, P.C.**

By:  */s/ Jay H. Ong*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Jay H. Ong, Esq.
Texas Bar No. 24028756
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
500 North Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
drukavina@munsch.com
jong@munsch.com
tberghman@munsch.com

*Counsel to the Debtor and Debtor in Possession*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, in addition to service through the Court-approved solicitation agent (which shall be separately certified), on this the 29th day of December 2023, he personally caused to be served true and correct copies of this document electronically through the Court's ECF system on parties entitled to notice thereof and that, additionally, that on the same day he personally caused true and correct copies of this document to be served by U.S. first class mail, postage prepaid, on the parties listed on the attached Service List.[2]

By: */s/ Thanhan Nguyen*
Thanhan Nguyen

---

[2] Due to its volume, Exhibit "A" is not being served on all parties to this bankruptcy case receiving notice (only) by U.S. mail. Any party wishing to obtain a copy of said Exhibit "A" may obtain one free of charge by written request to the Debtor's counsel of record.

## Service List
(via U.S. Mail)

| | | |
|---|---|---|
| AGES Service Company, Inc.<br>c/o Taylor Lee<br>1080 S Kimball Ave, Ste 150<br>Southlake, TX 76092-1510 | American Arbitration Association<br>120 Broadway, Fl 21<br>New York, NY 10271-2700 | Centex Skilled Trades, LLC<br>c/o James Slawson<br>1813 Ann and Dossy Ct<br>Crowley, TX 76036-5749 |
| City of Plano<br>PO Box 860358<br>Plano, TX 75086-0358 | Civil Point Engineers<br>c/o John Bezner<br>9101 Lyndon B Johnson Fwy, Ste 300<br>Dallas, TX 75243-1900 | Dalworth Framing Corp.<br>c/o Guillermo Reyna<br>4817 Worth St<br>Dallas, TX 75246-1155 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JM Lawncare & Sprinkler, LLC<br>c/o Jason R. Joplin<br>806 Jennifer Ct<br>Highland Village, TX 75077-1866 | Julio Sanchez, Inc.<br>c/o Stephen D. Skinner<br>Stephen D. Skinner & Associates, P.C.<br>13747 Montfort Dr, Ste 119<br>Dallas, TX 75240-4789 |
| Landstar Excavation Inc.<br>c/o Stephen D. Skinner<br>Stephen D. Skinner & Associates, P.C.<br>13747 Montfort Dr, Ste 119<br>Dallas, TX 75240-4789 | McLendon Hydrology and Engineering, LLC<br>c/o David McLendon<br>PO Box 146<br>Aledo, TX 76008-0146 | Miguel Hernandez<br>1508 Indiana Ct<br>Irving, TX 75060-6232 |
| Oldham Lumber Company<br>c/o Harley Finnell<br>8738 Forney Rd<br>Dallas, TX 75227-4501 | P.U.O. Construction Inc.<br>PO Box 741134<br>Dallas, TX 75374-1134 | Paradis Brothers Construction Inc.<br>c/o Stephen D. Skinner<br>Stephen D. Skinner & Associates, P.C.<br>13747 Montfort Dr, Ste 119<br>Dallas, TX 75240-4789 |
| Ranger Fire, Inc.<br>c/o Cindy Rico<br>1000 S Main St, Ste 150<br>Grapevine, TX 76051-7586 | Republic Services #615<br>551 Huffines Blvd<br>Lewisville, TX 75056-9552 | Slates Harwell LLP<br>c/o Gregory Harwell<br>1700 Pacific Ave, Ste 3800<br>Dallas, TX 75201-4691 |
| Southwest Enclosure Systems, Inc.<br>c/o Rocky Muelhbrad<br>1438 Crescent Dr, Ste 104<br>Carrollton, TX 75006-3644 | Terry's Portable Welding<br>c/o Terry Miller<br>106 W Pioneer Dr<br>Irving, TX 75061-7553 | Trina Zais<br>PO Box 1403<br>Decatur, TX 76234-6145 |
| Trusted Mechanical Services<br>c/o Stephen D. Skinner<br>Stephen D. Skinner & Associates, P.C.<br>13747 Montfort Dr, Ste 119<br>Dallas, TX 75240-4789 | TXU Energy<br>c/o Bankruptcy Department<br>PO Box 650393<br>Dallas, TX 75265-0393 | Zais Companies<br>c/o Roger Zais<br>PO Box 1403<br>Decatur, TX 76234-6145 |